THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Jamal Hareem Holmes,       
Appellant.
 
 
 

Appeal From Dorchester County
Deadra L. Jefferson, Circuit Court Judge

Unpublished Opinion No.  2005-UP-330
Submitted May 1, 2005  Filed May 16, 2005

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Robert D. Robbins, of Summerville, for Respondent.
 
 
 

PER CURIAM: Jamal Holmes pled guilty to kidnapping, lewd act on a child, first-degree criminal sexual conduct with a minor, and disturbing a school.  He argues his sentence is unconstitutionally disproportionate to his crime.  His counsel attached to the final brief a petition to be relieved as counsel, stating she reviewed the record and concluded Holmess appeal is without merit.  Holmes did not file a pro se response.  
After a thorough review of the record pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition to be relieved.
 APPEAL DISMISSED.[1]
GOOLSBY, HUFF, and KITTREDGE, JJ., concur.

[1]We decide this case without oral argument pursuant to Rule 215, SCACR.